# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| **BRIAN ADDISON CROSS,** )<br>) <br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ADVENTURES BY DAWN, L.L.C, AND** )<br>**GERALD M. BLUE-EL,** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 4:15-cv-03461-RBH<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE** |

Having considered the Plaintiff's Motion to Consolidate this action with *Baker, et al v. Adventures by Dawn LLC et al,* Case No. 4:14-cv-04198, and finding good cause shown, the Court hereby ORDERS that Plaintiff's Motion To Consolidate is GRANTED.

**IT IS SO ORDERED.**

February 2, 2016                              s/ R. Bryan Harwell
Florence, South Carolina                R. Bryan Harwell
                                                       United States District Judge

1